UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

**KATHLEEN DOWD and NICOLE SILVAROLI,**
on behalf of themselves and all others
similarly situated,

                    **Plaintiffs,**                    16-CV-1006V(Sr)

v.

**6675 TRANSIT RD LLC, et al.,**

                    **Defendants.**

---

### REPORT, RECOMMENDATION AND ORDER

The above-entitled matter was referred to the undersigned by the Hon. Lawrence J. Vilardo for purposes of a Fairness Hearing on the plaintiffs' Motion for Final Approval of Class Action Settlement (Dkt. #60) and thereafter reporting and recommending a disposition of said motion to Judge Vilardo. The motion was heard by this Court on August 13, 2020 and the following constitutes my recommendation that the motion be granted and that the class action settlement be approved. (*See* August 13, 2020 minute entry).

Since no objections have been filed by any members of the class, and since the defendants have not opposed the motion of the plaintiffs, it is hereby recommended that the District Judge approve the proposed settlement put forth in the

motion and issue an Order (1) confirming certification of class and collective action for settlement purposes; (2) granting final approval of class and collective action settlement; and (3) entering final judgment in accordance with the proposed settlement agreement between the parties.

**SO ORDERED.**

DATED:   Buffalo, New York
        August 13, 2020

                                           *S/ H. Kenneth Schroeder, Jr.*
                                           **H. KENNETH SCHROEDER, JR.**
                                           **United States Magistrate Judge**